IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ALBERT JACKSON,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )
                                   )    1:23-cv-411
JUSTIN OXENDINE, WILBERT           )
WALKER, STEVEN GIBSON,             )
MARCUS SCOTT, PATRICIA             )
HOLMES, JEFFREY HUNT               )
and ROBERT COVINGTON,              )
                                   )
          Defendants.              )
```

## ORDER

On August 15, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 44, 45.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 44), is **ADOPTED. IT IS FURTHER ORDERED** that all of Plaintiff's claims against individuals not named as Defendants in this action are **DISMISSED.**

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, (Doc. 32) is **GRANTED** and that Plaintiff's Complaint, (Doc. 2), is **DISMISSED WITH PREJUDICE.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 12th day of September, 2025.

/s/ William L. Osteen, Jr.
United States District Judge